UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EXCELSIOR PACKAGING GROUP, INC.,

                Plaintiff,

     -against-

SUPER VENT PACKAGING SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------x

07 CIVIL 6646 (NRB)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: MICHAEL J. LANGER, ESQ.

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: ML 5100

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Nassau County Attorney's Office, 1 West St., Mineola NY 11501

    To: Law Offices of Kenneth J. Weinstein, Esq., 100 Garden City Plaza, Suite 408, Garden City NY 11530

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 100 Garden City Plaza, Suite 408, Garden City, NY 11530

☒ *Telephone Number:* 516-742-1400

☒ *Fax Number:* 516-741-3811

☐ *E-Mail Address:* langermj@gmail.com

Dated: September 28, 2007