UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------X
EXCELSIOR PACKAGING GROUP, INC.,

               Plaintiff,                       Docket No. 07-CIV-6646 (NRB)

      -against-                             **STIPULATION AND ORDER**

SUPER VENT PACKAGING SYSTEMS, INC.,

               Defendant.
-----------------------------------------------------------X

      It is hereby stipulated and agreed by and between the undersigned attorneys for all of the parties in the above-captioned action that the time for the Defendant to appear and to answer, amend or supplement the answer as of course, or to make any motion with relation to the summons or to the complaint in the above-captioned action, be and the same hereby is extended to and including October 12, 2007, and the Defendant expressly reserves its defenses that this Court lacks jurisdiction over it and that venue in this Court is improper.

      This Stipulation may executed in counterparts and by facsimile signature.

Dated: New York, New York
       September 12, 2007

                                                    LAW OFFICES OF
                                                    KENNETH J. WEINSTEIN, ESQ.

                                                     By: _____
                                                     Michael J. Langer (ML 5100)
                                                     (An Associate with the Firm)
                                                     Attorneys for Plaintiff
                                                     Office and Post Office Address
                                                     100 Garden City Plaza, Suite 408
                                                     Garden City, NY 11530
                                                     (516) 742-1400
                                                     (516) 741-3811 (FAX)

MORELLI & GOLD, LLP

By: /s/ Richard L. Gold

Richard L. Gold (RG 9693)
(A Member of the Firm)
Attorneys for Defendant
Office and Post Office Address
605 Third Avenue
New York, NY 10158
(212) 972-1100
(212) 983-5271 (FAX)

SO ORDERED:

/s/ Naomi Reice Buchwald

HONORABLE NAOMI REICE BUCHWALD,
United States District Judge

Dated: ~~September~~ October 3, 2007