UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------------x
EXCELSIOR PACKAGING GROUP, INC.,

                Plaintiff,                      Docket No. 07-CIV-6646 (NRB)

-against-

SUPER VENT PACKAGING SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------------------x

## DEFENDANT'S STATEMENT PURSUANT TO RULE 7.1(a)

Defendant, SUPER VENT PACKAGING SYSTEMS, INC. (hereinafter "Super Vent" and/or the "Defendant), by its undersigned attorneys, Morelli & Gold, LLP, as and for its statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby states that Super Vent has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       October 22, 2007

                                            MORELLI & GOLD, LLP

                                   By: *s/ RICHARD L. GOLD*
                                         Richard L. Gold (RG 9693)
                                         (A Member of the Firm)
                                         Attorneys for Defendant
                                         Office and Post Office Address
                                         605 Third Avenue
                                         New York, NY 10158
                                         (212) 972-1100
                                         (212) 983-5271 (FAX)

Case 1:07-cv-06646-NRB     Document 5     Filed 10/23/2007     Page 2 of 3

**CERTIFICATE OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------------x
EXCELSIOR PACKAGING GROUP, INC.,

                Plaintiff,                Docket No. 07-CIV-6646 (NRB)

    -against-                **CERTIFICATE OF SERVICE**

SUPER VENT PACKAGING SYSTEMS, INC.,

                Defendant.
------------------------------------------------------------------------x

        The undersigned hereby certifies that he is a member of the firm of Morelli & Gold, LLP, attorneys for the Defendant in the above-captioned action, and that on October 23, 2007, I caused to be served a true copy of the Defendant's Statement Pursuant to Rule 7.1(a) to which this Certificate of Service is attached by mailing the same in a sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York (except as otherwise indicated), addressed to the addressees indicated below:

TO:    LAW OFFICES OF KENNETH J. WEINSTEIN, ESQ.
        Attorneys for Plaintiff
        Office and Post Office Address
        100 Garden City Plaza, Suite 408
        Garden City, NY 11530
        (516) 742-1400
        (516) 741-3811 (FAX)

Dated: New York, New York
         October 23, 2007

                                                  *s/ RICHARD L. GOLD*
                                                  Richard L. Gold (RG 9693)