UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EXCELSIOR PACKAGING GROUP, INC.,

                    Plaintiff,              O R D E R

    - against -                  07 Civ. 6646 (NRB)

SUPER VENT PACKAGING SYSTEMS, INC.,

                    Defendant.
------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS the defendant in this case has filed for bankruptcy in the Middle District of California; and

    WHEREAS plaintiff acknowledges that due to the resulting automatic stay, relief, if any, must be obtained in the bankruptcy proceeding; it is hereby

    ORDERED that this case is dismissed without prejudice.

DATED: New York, New York
       May 28, 2008

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE